UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID LAMAR NORTH,

Plaintiff,

v.                 6:11-cv-14

DANNIE THOMPSON, Warden,

Defendant.

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), *see* Doc. 10, to which no objections have been filed.

Accordingly, the R&R is adopted as the opinion of the Court. North's case is *DISMISSED*.

This 25th day of April 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA